1

JAN P. JOHNSON
Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 13-33550-A-13J |
| | ) | MC No.: JPJ-1 |
| | ) | |
| LEWIS FRANK BROWN, | ) | NOTICE OF WITHDRAWAL OF |
| | ) | TRUSTEE'S MOTION TO DISMISS CASE |
| | ) | |
| | ) | DATE:   DECEMBER 23, 2013 |
| | ) | TIME:    2:00 P.M. |
| Debtor(s) | ) | COURTROOM: 28 |

NOTICE IS HEREBY GIVEN THAT JAN P. JOHNSON, the Chapter 13 Trustee in case number 13-33550-A-13, hereby withdraws the above referenced motion.

Dated: December 9, 2013

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee

1