**2**

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 13-33550-A-13J |
| | ) | DC No.: JPJ-2 |
| | ) | |
| LEWIS FRANK BROWN, | ) | **NOTICE OF TRUSTEE'S OBJECTION** |
| | ) | **TO CONFIRMATION OF THE** |
| | ) | **CHAPTER 13 PLAN AND** |
| | ) | **CONDITIONAL MOTION TO DISMISS** |
| | ) | **CASE** |
| | ) | |
| | ) | DATE: DECEMBER 30, 2013 |
| | ) | TIME:1:30 P.M. |
| Debtor(s) | ) | COURTROOM: 28 |

NOTICE IS HEREBY GIVEN, that JAN P. JOHNSON, Chapter 13 Trustee, has filed

with the Court, Trustee's Objection to Confirmation and Conditional Motion to Dismiss Case.

The Objection shall be heard by the Honorable Judge Michael S. McManus at the United States

Courthouse, 7th Floor, 501 I Street, Sacramento, California.

IF YOU OPPOSE THIS OBJECTION, you must appear at the hearing.  No party in

interest shall be required to file written opposition to the objection.  Opposition, if any, shall be

presented at the hearing.  If opposition is presented, or if there is other good cause, the Court

may continue the hearing to permit the filing of evidence and briefs.

THE HEARING MAY BE CONTINUED on the objection to such date, time, and place

as the Court may order, and without additional notice to you unless so ordered by the Court.

Confirmation may be denied if you fail to appear and oppose the motion.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

Dated: December 10, 2013

/s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee